Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Drive, #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAHON PILICHOWSKY, on** behalf of himself and all others similarly situated, <br><br>  Plaintiff, <br><br> vs. <br><br> **GENERAL REVENUE CORPORATION,** <br>  Defendant. | Case No. **2:14-cv-05630-MRP (JPRx)** <br><br> **PLAINTIFF'S REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE AS TO THE NAMED INDIVIDUAL AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire action with prejudice as to the named individual and without prejudice as to the putative class . Defendant GENERAL REVENUE CORPORATION have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 22nd day of October , 2014.

By:     s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 22nd day of October , 2014, with:

United States District Court CM/ECF system
And hereby served upon all parties

Notification sent on this 22nd day of October , 2014, via the ECF system to:

Honorable MARIANA R. PFAELZER
Judge of the United States District Court
Central District of California


Julieta Stepanyan
Stroock & Stroock & Lavan LLP
Attorneys for Defendant

Filed, on the 22nd day of October , 2014

By: s/Todd M. Friedman
     Todd M. Friedman